Hopefully this letter has found you in great health and spirit! I'm writing in regards to my supervised release situation. Due to a 2005 possession charge, I was sentenced in your court room to sixty months in the United States Bureau of Prisons, and ninety six months on supervised release. However a couple of years later Attorney Carlos Williams discovered an error within my sentencing. According to Mr. Williams, instead of the ninety six months of supervised release, I was only suppose to receive forty eight months. This being an error evidently overlooked by my previous attorney (the late Thomas H. Figures).

In any event, I've been on supervised release now for approximately three and a half years. According to my mother (Senator Vivian D. Figures), a reliable resource told her a short time before my release, if I completed a year or two of good behavior (upon my release), I could have my supervised release terminated. However for some reason almost a year ago now, my motion for the termination was denied. Now I'm in a situation where they're trying to place me on home confinement for going out of town. To my knowledge I always thought that as long

as stated earlier, the boundaries of the state, I was in no violation. After talking to a probation officer a couple of weeks ago, I now see that isn't the case. So I accept full responsibility in now knowing that.

Besides this incident, (which was simply a traffic stop) I haven't been in any trouble with law enforcement period. I've been working everyday, taking care of my daughter, spending time with my family, and abiding by the laws of society. I haven't felt this good about myself in years. As a matter of fact, I received a call last week for a job interview out of town making twenty dollars an hour.

All in all I guess my main purpose in writing, is because I feel as though it's appropriate for me to personally ask you for the termination of my probation. I asked my current attorney, Raymond Bell would I be out of line in doing so, and he told me "not at all." Mr. Butler I know me better than anybody, and know that I'm on the right track with no worries of falling off. If I wasn't, I wouldn't have the confidents to sit here and write you this letter. Before my incarceration in 2005, I couldn't remain free for over three

months for five years straight. So for me to have now been a free man going on four years straight is a great accomplishment for me. Am I suprised at myself? No, not at all, because I wasn't raised at all to live the life of destruction that I was living. It's sad to say, but the amount of time you gave me in prison is something I needed. As I look back now, I can honestly admit that it gave me time to reconstruct my entire mind frame.

Anyway eventhough I'm very greatful to have my freedom back physically, being on supervised released is still of great hinderance to me. I mean as far as job oppurtunities, family trips and etc.. I could go on and on, but see that I've already taken up too much of your time. For that I apologize.

Thanks for your time

Sincerely, Alf M. Figures

case # - 05-00290-001

Figures, Akil
2054 Clemente Ct.
Mobile Al. 36617

MOBILE AL 366
26 FEB 2015 PM 1 L

The Honorable
Judge Charles R. Butler Jr.
113 St. Joseph St.
Mobile, Al 36602

36602367099